UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
ENIGMA SOFTWARE GROUP USA, LLC,  : Case No. 1:16-cv-07885 (PAE)
:
Plaintiff,  : **DECLARATION OF CHRISTOPHER M.**
: **VERDINI IN SUPPORT OF MOTION**
-against-  : **FOR LEAVE TO FILE SUPPLEMENTAL**
: **ALLEGATIONS**
MALWAREBYTES INC.,  :
: **JURY TRIAL DEMANDED**
Defendant.  :
----------------------------------------------------------x

I, Christopher Verdini, declare as follows:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and a partner of the law K&L Gates LLP, counsel for Enigma Software Group USA, LLC.

2. Attached hereto as Exhibit A is the [Proposed] Supplemental Pleading to First Amended Complaint that is the subject of ESG's Motion for Leave to File Supplemental Allegations.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2017            /s/ Christopher M. Verdini
                                   Christopher Verdini