# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
                                                       :
ENIGMA SOFTWARE GROUP USA, LLC,                        :
                                                       :
                              Plaintiff,               :   Case No. 1:16-cv-07885 (PAE)
                                                       :
                                                       :   **[PROPOSED] SUPPLEMENTAL**
              -against-                                :   **ALLEGATIONS TO FIRST AMENDED**
                                                       :   **COMPLAINT**
MALWAREBYTES INC.,                                     :
                                                       :
                                                       :
                              Defendant.               :   **JURY TRIAL DEMANDED**
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x

Plaintiff Enigma Software Group USA, LLC ("ESG"), by its attorneys, hereby

supplements its First Amended Complaint against Defendant Malwarebytes Inc., formerly

known as Malwarebytes Corporation ("Malwarebytes"), with the following allegations, which

describe events that occurred after ESG filed its First Amended Complaint:

1.     After Malwarebytes began identifying and blocking ESG's programs SpyHunter

and RegHunter as "potentially unwanted programs" ("PUPs") and threats, ESG attempted to

mitigate the harm caused by this unlawful conduct by providing consumers with a means to

choose to download and use ESG's programs which Malwarebytes otherwise had taken away

from them.

2.     To do so, ESG provided its customers with an option to download an alternative

SpyHunter installer that disables Malwarebytes' MBAM software and allows the consumer to

use SpyHunter instead (the "Countermeasure").

3.     ESG issued a press release on December 20, 2016 to announce that it had

launched the Countermeasure ("Press Release").

1

4.      In the Press Release, ESG specifically noted that the Countermeasure fully respects consumer choice: "ESG is notifying its customers that it has developed an alternative SpyHunter installer that will enable those customers who wish to use SpyHunter instead of MBAM to do so. The installer disables MBAM, with user consent, and allows customers to install and use SpyHunter."

5.      **_Within twenty-four hours_** of the issuance of the Press Release, Malwarebytes opened an additional line of attack to interfere with the Countermeasure and further harm ESG.

6.      Specifically, Malwarebytes began, and continues to, block all *.enigmasoftware.com domains.  When Malwarebytes started its blocking of all *.enigmasoftware.com domains, it informed its users with the following pop-up:



7.      Malwarebytes' blocking of *.enigmasoftware.com domains encompasses both ESG's publically available website at www.enigmasoftware.com and domains that ESG provides to users to communicate with ESG's back-end servers and enable, for example, users to receive critical SpyHunter functions like automatic product updates to combat newly released malware and to access the interface to allow users to contact ESG's Customer Support Team for assistance.

8.      Malwarebytes' new blocking of *.enigmasoftware.com domains does not protect MBAM users.  Once MBAM has identified ESG's programs as PUPs and threats and has

quarantined them, those programs are disabled and do not communicate with any *.enigmasoftware.com domains.

9.      Rather, blocking *.enigmasoftware.com domains serves only to harm consumers by preventing them from utilizing ESG's Countermeasure and/or manually overriding Malwarebytes' blocking of ESG programs as PUPs.

10.      MBAM's blocking of *.enigmasoftware.com domains prevents users from accessing ESG's website, which renders them unable to download the Countermeasure and exercise the consumer choice that ESG has sought to facilitate.

11.      In fact, if a user seeks to manually override MBAM's block by choosing to "restore" ESG's programs from MBAM's "quarantine," and even if the user is able to figure out how to add those programs to MBAM's "Malware Exclusions" so that they are not quarantined each time the user attempts to open them, MBAM's blocking of *.enigmasoftware.com domains renders ESG's programs largely non-operational, frustrating the user's efforts to use his or her product of choice and leaving the user's computer vulnerable.

12.      ESG contacted Malwarebytes to request Malwarebytes stop identifying ESG's programs as PUPs and blocking *.enigmasoftware.com domains  Malwarebytes has not yet responded and MBAM continues to identify ESG's programs as PUPs and block *.enigmasoftware.com domains.

13.      Malwarebytes knows that *.enigmasoftware.com domains are safe and do not pose a security threat.  Malwarebytes has no objective, good faith basis to claim that *.enigmasoftware.com domains are a threat or "malicious."

14.      MBAM's baseless blocking of *.enigmasoftware.com domains is willful and malicious.

15.     MBAM's baseless blocking of *.enigmasoftware.com domains is causing and will continue to cause harm to ESG.

Dated:   New York, New York
         January 11, 2017

                                        Respectfully submitted,

                              By:   /s/ Terry Budd
                                    Terry Budd
                                    Christopher M. Verdini
                                    Anna Shabalov
                                    *Admitted Pro Hac Vice*
                                    K&L GATES LLP
                                    210 Sixth Avenue
                                    Pittsburgh, PA 15222
                                    Telephone: 412.355.6500
                                    Facsimile: 412.355.6501
                                    terry.budd@klgates.com
                                    christopher.verdini@klgates.com
                                    anna.shabalov@klgates.com

                                    &

                                    Eric A. Prager
                                    K&L GATES LLP
                                    599 Lexington Avenue
                                    New York, NY 10022
                                    Telephone: 212.536.3900
                                    Facsimile: 212.536.3901
                                    eric.prager@klgates.com

                                    &

                                    Theodore J. Angelis
                                    *Admitted Pro Hac Vice*
                                    K&L GATES LLP
                                    925 4th Avenue, Suite 2900
                                    Seattle, WA 98104
                                    Telephone: 206.370.8101
                                    Facsimile: 206.370.6006
                                    theo.angelis@klgates.com

                                    *Attorneys for Plaintiff*